# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:05-cv-00006-W

| | |
|---|---|
| RAFTELIS FINANCIAL CONSULTING, PA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    ORDER<br>)<br>) |
| ALLCO FINANCE CORPORATION, | )<br>) |
| Defendant. | )<br>) |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. Therefore this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within thirty (30) calendar days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before November 16, 2006. The Clerk is directed to send copies of this Order to counsel for both parties and to Frank Bryant, Poyner & Spruill, 301 S. College Street, Suite 2300, Charlotte, N.C., 28202, who also represents Plaintiff, but has informed the Court that Plaintiff's counsel of record is no longer with the firm.

IT IS SO ORDERED.

Signed: October 17, 2006

Frank D. Whitney
United States District Judge